# MEMORANDA

OF

DECISIONS RENDERED WITHOUT WRITTEN OPIN-
IONS DURING THE PERIOD EMBRACED
IN THIS VOLUME.

---

No. 2,452.—C. W. LAY ET AL., RESPONDENTS, *v.* H. L. CON-
NORS, APPELLANT.

*Appeal from District Court, Gallatin County; W. R. C. Stew-
art, Judge.*

On motion to dismiss appeal.

Decided October 2, 1907.

PER CURIAM.—Appellant's motion for dismissal of the appeal
herein is hereby sustained and the appeal dismissed.

*Mr. John A. Luce,* for Appellant.

---

No. 2,459.—L. H. FAUST, RESPONDENT, *v.* RUSTLER MIN-
ING AND MILLING COMPANY ET AL., APPELLANTS.

*Appeal from District Court, Silver Bow County; J. J. Lynch,
Judge.*

Decided October 28, 1907.

PER CURIAM.—As per stipulation of counsel the appeal in
this cause is hereby dismissed.

*Messrs. Grubb & Rhoades,* for Appellants.

*Mr. D. F. Smith,* for Respondent.